UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FLETCHER CARSON,<br><br>　　　　Plaintiff,<br>　v.<br>VERISMART SOFTWARE, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 11-03766 LB<br><br>**ORDER SETTING HEARING ON MOTIONS TO DISMISS** |

Defendants have filed motions to dismiss, which are noticed for February 16, 2012 and March 8, 2012. ECF Nos. 20 and 45. The court now resets the motions to dismiss for March 15, 2012 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03766 LB
ORDER