UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FLETCHER CARSON,<br><br>           Plaintiff,<br>    v.<br>VERISMART SOFTWARE, *et al.*,<br><br>           Defendants.<br>_____/ | No. C 11-03766 LB<br><br>**ORDER RESETTING HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

On August 1, 2011, *pro se* Plaintiff Fletcher Carson filed his original complaint. ECF No. 1 at 1. On January 7, 2012, Carson filed a motion for a restraining order and an order to show cause why a preliminary injunction should not issue against Defendants Verismart Software, Inc., Joe Dawson, James Garvey, Carl Raff, Andy Thoren, and Phillip Thoren on Carson's copyright infringement claims. ECF No. 26 at 1. In the motion, Carson requested that the court hear the matter no later than February 16, 2012, when some of the defendants had noticed a motion to dismiss. *Id.* at 3. The court set a hearing for Carson's motion on this date. The court subsequently reset the hearing on the defendants' motions to dismiss to March 15, 2012 at 11:00 a.m. ECF No. 66. Given the court's view that it would be most efficient to hear all of the pending matters on the same date, the court now resets Plaintiff's motion for a preliminary injunction to March 15, 2012 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03766 LB
ORDER