UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FLETCHER CARSON, | No. C 11-03766 LB |
| Plaintiff, | ORDER CONTINUING HEARINGS |
| v. | |
| VERISMART SOFTWARE INC., PHILLIP THOREN, JAMES GARVEY, CARL RAFF, JOE DAWSON, ANDY THOREN, DOES 1-20, | |
| Defendants. | |
| VERISMART SOFTWARE INC., PHILLIP THOREN, | |
| Counterclaimants, | |
| v. | |
| FLETCHER CARSON, | |
| Counterdefendant. | |
| _____/ | |

On May 5, 2012, Plaintiff and Counterdefendant Fletcher Carson filed a Notice of Motion and Motion to Dismiss the Counterclaims filed by Verismart Software Inc. and Phillip Thoren. ECF No. 101. Carson's Notice of Motion sets a hearing date of June 7, 2012. *Id.* Carson has provided insufficient notice under Local Civil Rule 7-2(a), which states that "all motions must be...noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." In order to provide sufficient time for Carson's motion to be briefed and evaluated,

the court deems it prudent to continue the June 7, 2012 hearing date until June 21, 2012 at 11:00 a.m. Further, because it would be more efficient to hear all of the parties' motions on the same date, the court continues the hearings on Defendants' Motion to Dismiss, ECF No. 97, and Motion to Strike, ECF No. 98, until June 21, 2012 at 11:00 a.m. If this date is inconvenient for any of the parties due to previously scheduled commitments, they may contact Courtroom Deputy Lashanda Scott at (415) 522-3140 to discuss alternate hearing dates.

**IT IS SO ORDERED.**

Dated: 5/17/2012

_____
LAUREL BEELER
United States Magistrate Judge