1
2
3
4
5
6
7

**UNITED STATES  DISTRICT COURT**

**Northern District of California**

San Francisco Division

FLETCHER CARSON,

               Plaintiff,

   v.

VERISMART SOFTWARE INC., PHILLIP
THOREN, JAMES GARVEY, CARL RAFF,
JOE DAWSON, ANDY THOREN, DOES 1-
20,

               Defendants.

VERISMART SOFTWARE INC., PHILLIP
THOREN,

               Counterclaimants,

   v.

FLETCHER CARSON,

               Counterdefendant.

_____/

No. C 11-03766 LB

ORDER CONTINUING HEARINGS

     On May 5, 2012, Plaintiff and Counterdefendant Fletcher Carson filed a Notice of Motion
and Motion to Dismiss the Counterclaims filed by Verismart Software Inc. and Phillip Thoren.  ECF
No. 101.  Carson's Notice of Motion sets a hearing date of June 7, 2012.  *Id.*  Carson has provided
insufficient notice under Local Civil Rule 7-2(a), which states that "all motions must be...noticed in
writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service
of the motion."  In order to provide sufficient time for Carson's motion to be briefed and evaluated,

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1    the court deems it prudent to continue the June 7, 2012 hearing date until June 21, 2012 at 11:00

2    a.m.  Further, because it would be more efficient to hear all of the parties' motions on the same date,

3    the court continues the hearings on Defendants' Motion to Dismiss, ECF No. 97, and Motion to

4    Strike, ECF No. 98, until June 21, 2012 at 11:00 a.m.  If this date is inconvenient for any of the

5    parties due to previously scheduled commitments, they may contact Courtroom Deputy Lashanda

6    Scott at (415) 522-3140 to discuss alternate hearing dates.

7    **IT IS SO ORDERED.**

8    Dated: 5/17/2012

9    _____
     LAUREL BEELER
10   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California