1 Michael W. Prozan, CSB # 124893
My General Counsel Group
851 N. San Mateo Drive, Suite C
2 San Mateo, CA 94401
Tel: 650 348-1500
3 Fax: 650 348-1543
Email: mike@mgcgroup.com
4
*Attorney for Defendants and Verismart, Inc., Phillip Thoren, Jim Garvey, Andy Thoren and Joe*
5 *Dawson and Counterclaimants Verismart, Inc., Phillip Thoren, and James Garvey*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Fletcher Carson | **Case No. 113766 LB** |
| Plaintiff, | **REQUEST AND STIPULTION TO TRANSFER MATTER TO JUDGE DONNA RYU** : ORDER |
| vs. | **TRIAL DATE: None Set** |
| Versimart Software, Inc. Phillip Thoren; James Garvey; Carl Raff; Joe Dawson; and Andy Thoren | **SECOND AMENDED AND RESTATED COMPLAINT FILED: April 2, 2012** |
| | **COURTROOM:** |
| | **Judge: Hon. Laurel Beeler** |
| Defendants | |
| Versimart Software, Inc. Phillip Thoren; and James Garvey v. Fletcher Carson | |

-1-
**11376 LB** REQUEST AND STIPULATION TO TRANSFER MATTER TO JUDGE DONNA RYU

In connection with the settlement of this matter which took place on June 1, 2012 and was put on the record, the parties below hereby request that this matter be transferred to Judge Donna Ryu for all purposes and stipulate to such request.

Date: June 20, 2012

/s/ Fletcher Carson
Fletcher Carson,
In pro per
Plaintiff/Counter Defendant

MY GENERAL COUNSEL GROUP

/s/ Michael W. Prozan
Michael W. Prozan. Esq.
*Attorney for Defendants Verismart Software, Inc. Phillip Thoren, James Garvey, Andy Thoren, and Joe Dawson and Counterclaimants Verismart Software, Inc., Phillip Thoren, and James Garvey*

Date: June 21, 2012

APPROVED
Judge Laurel Beeler

GARTEISER HONEA, P.C.

/s/ Christopher A. Honea
Christopher A. Honea

*Attorneys for Carl Raff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012, I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

                                                    __/s/ Lotte Hermannsson___

                                                  Lotte Hermannsson