Michael W. Prozan, CSB # 124893
My General Counsel Group
851 N. San Mateo Drive, Suite C
San Mateo, CA 94401
Tel:  650 348-1500
Fax: 650 348-1543
Email: mike@mgcgroup.com

*Attorney for Defendants and Verismart, Inc., Phillip Thoren, Jim Garvey, Andy Thoren and Joe Dawson and Counterclaimants Verismart, Inc., Phillip Thoren, and James Garvey*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fletcher Carson<br><br>                  Plaintiff,<br><br>      vs.<br><br>Versimart Software, Inc.<br>Phillip Thoren;<br>James Garvey;<br>Carl Raff;<br>Joe Dawson; and<br>Andy Thoren<br><br><br>                  Defendants<br><br><br>Versimart Software, Inc.<br>Phillip Thoren; and James Garvey<br>v.<br><br>Fletcher Carson | **Case No. 113766 LB**<br><br>**REQUEST AND STIPULTION TO TRANSFER MATTER TO JUDGE DONNA RYU** ： ORDER<br><br>**TRIAL DATE:  None Set**<br><br>**SECOND AMENDED AND RESTATED COMPLAINT FILED: April 2, 2012**<br>**COURTROOM:**<br><br> **Judge:  Hon. Laurel Beeler** |

-1-
**11376 LB        REQUEST AND STIPULATION TO TRANSFER MATTER TO JUDGE DONNA RYU**

1  In connection with the settlement of this matter which took place on June 1, 2012 and
2  was put on the record, the parties below hereby request that this matter be transferred to Judge
3  Donna Ryu for all purposes and stipulate to such request.

4
5
6
7  Date: June 20, 2012

8  /s/ Fletcher Carson
   Fletcher Carson,
9  In pro per
   Plaintiff/Counter Defendant
10
11  MY GENERAL COUNSEL GROUP
12
13  /s/ Michael W. Prozan
    Michael W. Prozan. Esq.
14  *Attorney for Defendants*
    *Verismart Software, Inc.*
15  *Phillip Thoren, James*
    *Garvey, Andy Thoren, and*
16  *Joe Dawson and*
    *Counterclaimants Verismart*
17  *Software, Inc., Phillip*
    *Thoren, and James Garvey*
18
19
20
21  GARTEISER HONEA, P.C.

    APPROVED
    Judge Laurel Beeler
22  Date: June 21, 2012
    /s/ Christopher A. Honea
23  Christopher A. Honea

24  *Attorneys for Carl Raff*

25

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012, I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

    /s/ Lotte Hermannsson___

Lotte Hermannsson