UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER CARSON, | No. C-11-03766 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| VERISMART SOFTWARE, | |
| Defendant(s). | |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving any drafting disputes as well as disputes arising out of the settlement agreement. *See* Docket No. 120.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: August 27, 2012

DONNA M. RYU
United States Magistrate Judge